

*(handwritten at top left)* row row

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| TACO TUNE, INC., ET AL. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 24-cv-00298-CDL |
| BLACKJACK$ LOUNGE, INC., ET AL. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BLACKJACK$ LOUNGE, INC.
C/O SONCHA DOWDING, REGISTERED SERVICE AGENT
6373 S 84th East Ave.
Tulsa, OK  74133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHN STINER
STINER LAW FIRM, PLLC
119 N. ROBINSON AVE., SUITE 630
OKLAHOMA CITY, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Heidi D. Campbell

Date:   06/24/2024                               /s/ White
                                                    *Signature of Clerk or Deputy Clerk*

*(handwritten at bottom right)* mailed to attorney

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

TACO TUNE, INC., ET AL.

*Plaintiff(s)*

v.

BLACKJACK$ LOUNGE, INC., ET AL.

*Defendant(s)*

Civil Action No. 24-cv-00298-CDL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SONCHA DOWDING
6373 S 84th East Ave.
Tulsa, OK  74133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHN STINER
STINER LAW FIRM, PLLC
119 N. ROBINSON AVE., SUITE 630
OKLAHOMA CITY, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Heidi D. Campbell

Date:   06/24/2024

*Signature of Clerk or Deputy Clerk*